# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

October 11, 2013

Before

DIANE P. WOOD, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| No.: 13-8028 | IN RE: <br> GUSTAVO U. VIVEROS ET AL., <br> Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00129-bbc <br> Western District of Wisconsin <br> District Judge Barbara B. Crabb ||

Upon consideration of the **PETITION FOR PERMISSION TO APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN CASE NO. 12-CV-129 BBC**, filed on October 4, 2013, by counsel for the petitioners,

**IT IS ORDERED** that the petition for permission to appeal is **DENIED**.